Charles S. Barquist (State Bar No. 133785)
MASCHOFF BRENNAN
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: 949-202-1907
Email: cbarquist@mabr.com

Erynn L. Embree (State Bar No. 312131)
MASCHOFF BRENNAN
100 Spectrum Center, Suite 1200
Irvine, CA 92618
Telephone: 916-591-0566
Email: eembree@mabr.com

*Attorneys for Defendant*
VIVITEK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VDPP, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>VIVITEK CORPORATION,<br><br>　　　　　　Defendant. | Case No.: 3:24-cv-01781-LJC<br><br>**STIPULATED REQUEST FOR ORDER RESETTING INITIAL CASE MANAGEMENT CONFERENCE** |

1  Pursuant to Civil Local Rules 7-12 and 16-2(e), Plaintiff VDPP, LLC ("Plaintiff") and

2  Defendant Vivitek Corporation ("Defendant") (together, the "Parties") hereby stipulate and request

3  as follows:

4  WHEREAS, Plaintiff filed Plaintiff's Original Complaint For Patent Infringement on

5  March 22, 2024 (Dkt. No. 1, the "Complaint");

6  WHEREAS, the Initial Case Management Conference is currently set for July 18, 2024,

7  and the Case Management Statement is due July 11, 2024 (Dkt. No. 14, Clerk's Notice);

8  WHEREAS, the due date for Defendant to answer or otherwise respond to the

9  Complaint has been extended to July 29, 2024 (Dkt. No. 16, Text Order);

10 WHEREAS, the Parties are engaged in continued efforts to determine whether they can

11 informally resolve this matter, and Plaintiff's counsel has stated that they intend to file an

12 amended Complaint; and

13 WHEREAS, the Parties have agreed to request to reset the Initial Case Management

14 Conference to September 19, 2024, while these efforts are ongoing.

15 IT IS HEREBY STIPULATED AND REQUESTED that the Initial Case Management

16 Conference be reset to September 19, 2024, and the Joint Case Management Statement be due

17 September 12, 2024.

Respectfully submitted,

Dated: July 11, 2024                              Dated: July 11, 2024

RAMEY LLP                                         MASCHOFF BRENNAN

By: */s/ Susan S.Q. Kalra*                        By: */s/ Charles S. Barquist*
Susan S.Q. Kalra (State Bar No. 16740)            Charles S. Barquist (State Bar No. 133785)
skalra@rameyfirm.com                              1801 Century Park East, Suite 2400
5020 Montrose Blvd., Suite 800                    Los Angeles, California 90067
Houston, Texas 77006                              Telephone: 949-202-1907
Telephone: (800) 993-7499                         Email: cbarquist@mabr.com

William P. Ramey, III (*pro hac vice to be filed*)  Erynn L. Embree (State Bar No. 312131)
wramey@rameyfirm.com                              100 Spectrum Center, Suite 1200
5020 Montrose Blvd., Suite 800                    Irvine, CA 92618
Houston, Texas 77006                              Telephone: 916-591-0566
Telephone: (713) 426-3923                         Email: eembree@mabr.com

Attorneys for Plaintiff VDPP, LLC                 Attorneys for Defendant Vivitek Corporation

- 1 -

STIPULATED REQUEST FOR ORDER RESETTING INITIAL CASE MANAGEMENT CONFERENCE
3:24-cv-01781-LJC

|   |   |
|---|---|
| 1 | **ATTESTATION** |
| 2 | Pursuant to Civil Local Rule 5-1(i)(3), I attest that each of the other Signatories have |
| 3 | concurred in the filing of the document. |
| 4 | By: */s/ Charles S. Barquist* |
| 5 | Charles S. Barquist (State Bar No. 133785) |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that each of the other Signatories have concurred in the filing of the document.

By: */s/ Charles S. Barquist*

Charles S. Barquist (State Bar No. 133785)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 11, 2024

_____

HON. LISA J. CISNEROS

UNITED STATES MAGISTRATE JUDGE